```
1  Frank Woodson
   Navan Ward
2  BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
```

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*Judy Shearer, et al. vs. Pharmacia Inc, et al.* (05-4581 CRB)<br><br>*Barbara J. Williams vs. Pfizer Inc, et al.* (06-1670 CRB)<br><br>*Michele Walker, et al. vs. Pfizer Inc, et al.* (06-1878 CRB)<br><br>*Stephanie Shearer vs. Monsanto Company, et al.* (06-1902 CRB)<br><br>*Joe Vega, et al. vs. Pfizer Inc, et al.* (06-2440 CRB)<br><br>*Brad Henry Taylor vs. Pfizer Inc, et al.* (06-2577 CRB)<br><br>*James Preston Taylor vs. Pfizer Inc, et al.* (06-2863 CRB)<br><br>*John H. Roberts, Jr. vs. Pfizer Inc, et al.* (06-3062 CRB)<br><br>*Patsy Lynn Stegall vs. Pfizer Inc, et al.* (06-3084 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

1
2 *Andrea Sanborn, et al. vs. Pfizer Inc, et al.*
(06-3100 CRB)

3 *Barbara Smith, et al. vs. Pfizer Inc, et al.*
(06-3102 CRB)
4
*Arnold Swick vs. Pfizer Inc*
5 (06-3304 CRB)

6 *Corrine Morrisette vs. Pfizer Inc, et al.*
(06-3363 CRB)
7
*Sylvia Wingard vs. Pfizer Inc, et al.*
8 (06-3653 CRB)

9 *Susan Smith vs. Pfizer Inc, et al.*
(06-3951 CRB)
10
*Clarence Edward Smith vs. Pfizer Inc, et al.*
11 (06-3957 CRB)

12 *Mary Vernick vs. Pfizer Inc, et al.*
(06-4102 CRB)
13
*Patricia Ann Kennedy Watson vs. Pfizer Inc, et*
14 *al.*
(06-4285 CRB)
15
*Marvin Rogers vs. G.D. Searle LLC, et al.*
16 (06-4514 CRB)

17 *Shirley Lindeen vs. G.D. Searle LLC, et al.*
(06-4515 CRB)
18
*Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et*
19 *al.*
(06-4547 CRB)
20
*Charles Snodgrass vs. Pfizer Inc, et al.*
21 (06-4661 CRB)

22 *John Vandale vs. Pfizer Inc, et al.*
(06-5257 CRB)
23
*William Coulson, et al. vs. Pfizer Inc, et al.*
24 (06-5261 CRB)

25 *Dick Shepherd vs. Pfizer Inc, et al.*
(06-5417 CRB)
26
*Robin Morrison, et al. vs. Pfizer Inc, et al.*
27 (06-6900 CRB)

28 *Rosa Cebreros, et al. vs. Pfizer Inc, et al.*

-2-

1  (06-7003 CRB)

2  *Marsha Fiorini, et al. vs. Pfizer Inc, et al.*
   (06-7113 CRB)

3

4  *Florence Salle vs. Pfizer Inc, et al.*
   (06-7207 CRB)

5  *Jimmie A. Scott vs. Pfizer Inc, et al.*
   (06-7259 CRB)

6

7  *William Edward Simpson vs. Pfizer Inc, et al.*
   (07-0972 CRB)

8  *Terry Vintson vs. Pfizer Inc, et al.*
   (07-0977 CRB)

9

10 *Deanna L. Walston vs. Pfizer Inc, et al.*
   (07-1318 CRB)

11 *Louis Romanelli vs. Pfizer Inc, et al.*
   (07-2631 CRB)

12

13 *Johnnie L. West vs. Pfizer Inc, et al.*
   (07-5687 CRB)

14 *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.*
   (07-5915 CRB)

15

16 *Gene Summers vs. Pfizer Inc, et al.*
   (08-0259 CRB)

17 *Maria Avendano vs. Pfizer Inc, et al.*
   (08-1099 CRB)

18

19 *Mary Woodall vs. Pfizer Inc, et al.*
   (08-1183 CRB)

20 *Mildred Sturdavant vs. Pfizer Inc, et al.*
   (08-1976 CRB)

21

22 *Netra Thomas vs. Pfizer Inc, et al.*
   (08-2110 CRB)

23 *John Denton vs. Pfizer Inc, et al.*
   (08-2459 CRB)

24

25 *Joanne Schwandt vs. Pfizer Inc, et al.*
   (08-2604 CRB)

26 *Donald Schwanke vs. Pfizer Inc, et al.*
   (08-3709 CRB)

27

28 *Cheryl Samuel vs. Pfizer Inc, et al.*
   (09-0888 CRB)

-3-

|   |   |
|---|---|
| 1 |   |
| 2 | Come now Plaintiffs in the above-entitled actions and Defendants, by and through the |
| 3 | undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby |
| 4 | stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with |
| 5 | each side bearing its own attorneys' fees and costs. |

DATED: 10-29, 2009   By: _Navan Ward_

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 29, 2009   By: _[signature]_

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **NOV 1 3 2009**

Hon. Charles R. Breyer
United States District Court

-4-